**MEMO ENDORSED**

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/26/2023

April 25, 2023

Re:  Case 1:23-cv-00044-VEC, Toro v. A Cheerful Giver, Inc.
     Request for Adjournment of Conference

Dear Judge Caproni:

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for May 5, 2023, and all related deadlines. Counsel will be traveling out of the country and unable to attend the conference. Plaintiff proposes a new date of June 14, 2023, or a date more convenient to the Court. This is the first time this relief is being requested and both Parties consent.

We thank the Court for its attention and consideration of this matter.

Respectfully submitted,

/s/ Mars Khaimov
Mars Khaimov, Esq.
Attorney for Plaintiff

---

Application GRANTED. The Initial Pre-Trial Conference scheduled for Friday, May 5, 2023 at 10:00 A.M. is hereby adjourned until **Friday, May 26, 2023 at 10:00 A.M.** The parties' joint letter and proposed case management plan as set forth at Dkt. 5 are due not later than **Thursday, May 18, 2023.**

SO ORDERED.

*(signature)* 04/26/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE